State of north carolina ~~county of~~ county of Polk

western district clerk of court of United States district court of north carolina

3:24-cv-842-FDW

FILED
CHARLOTTE, NC
SEP 16 2024
US DISTRICT COURT
WESTERN DISTRICT OF NC

09/10/24 (filing a complaint) Page 1

I want to file a lawsuit against the following defendants for: exsesive use of force, neglect to give me medical treatment, physical and emotional stress, Professional misconduct, Unsafe envorment, inhumane living condition,: Defendants: Captain frank FNU, Lt brady FNU, Sgt gilles FNU, Lt maxiey FNU, Associate warden williams FNU, Associate warden ms kerns FNU, granville correctional Institution, ~~officer other FNU~~ Joy davis H-con unit manager,. I ask to sue all listed defendants (above) in their individual and full capasety, I ask for a (no jury) trial and I ask for 10 million dollars in monetary relief and I am a safekeeper. Defendant (Joy Davis H-con unit manager)

(Complaint) - on June 5th 2024 at or after shift change on wensday I had just gotten back to granville CI/H-con unit from duke regional hospital for a unrelated incident and was being dressed to be replaced on S.I.B (self injurious behavior) prior to the hospital transport I was already on S.I.B, so I told officers that I am not supposed to be housed in 102 receiving cell due to the policy stating no inmate should be housed in a cell without no bunk and no shower because it is not considered a housing cell for inmates and the officer went and got ms. Joy Davis the H-con unit manager who stated that I was being housed in that cell with no bunk or shower on or while on S.I.B because H-con ~~toes~~ does not give inmates what they wanted. then Lt maxiey FNU and sgt gilles FNU brought me my dinner tray and sgt gilles FNU opend my food passage door and I held the trap for the captain/oic of the shift

Page 2

at that time Lt Maxiey FNU and Sgt gilles FNU walked out of receiving to grab a big canister of pepperspray and a hose modification attatched while Lt brady FNU stepped to my cell door and said he was going to break all my fingers if I did not remove my hand and I said I will move my hand once I am moved to a housing cell and then Sgt gilles FNU discreetly put the hose modification on the canister through the back of the cell door (which is also against policy to do) and spayed my face, neck, arms, chest, and stomach while at the same time Lt brady FNU was bashing my fingers with the baton and I let go of the food passage door and it was secured. then I was waiting to be put in full restraints to go to medical because my left ring finger was split open on the inside of my left plam and blood was every where in the cell on the floor, then Cpt Frank FNU and another officer with nurse at that time came to my cell door and Cpt Frank FNU asked me twice did I want to have medical treatment and I said yes both times in front of the nurse while she was present at that time because I was bleeding profoundously and my finger was broken and needed stitching and the nurse, Cpt Frank FNU and the other officers went to the nurse station and Cptn Frank FNU and the nurse got into an argument because Cptn Frank FNU told the nurse he was not going to allow me to get medical treatment and he was

Page3
the wardens mr williams FNU and ms. Kerns FNU was notified of this incident and my injury's resulting from the incident and refused to intervene in any shape, form or fashion and allowed this incident to happen and allowed me to be housed in a cell with no bunk or shower.


I pro se, Plaintiff Dayshawn Beckham ask to be moved to another facility while this complaint is active because it is a conflict of intrest agenst me because all defendnet's are trying to retaliate agenst me or will try to retaliate agenst me ~~the~~ while being housed at granville CI/H-con as a safekeeper/pre-trial detainee.

Dayshawn Beckham
Prose, 1384421
Dashawn Beckham
1001 Veazey rd
buther, NC, 27509

Page 4

# Certificate OF Notice

I certify that I have on September 10, 2024 filed this handwritten and mailed the foregoing to the following:

Clerk of United States district court
Western district
Room 210, Charles R. Jonas building
401 west trade st
Charlotte, NC 28202

Dayshawn Beckham
Pro Se, 1344471
granville CI
1001 Veazey rd
butner, nc 27504

*Dayshawn Beckham* (signature)